```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROSARIO ROSE TAYLOR,            :   CIVIL ACTION
                                :   NO. 11-1170
        Plaintiff,              :
                                :
    v.                          :
                                :
KATHRYN H. ANDERSON, et al.,    :
                                :
        Defendants.             :
```

## O R D E R

**AND NOW**, this **2nd** day of **July, 2012,** for the reasons provided in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 28) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall mark this case **CLOSED**.

**AND IT IS SO ORDERED.**

                              **s/EDUARDO C ROBRENO**
                              **EDUARDO C. ROBRENO, J.**